# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 15, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156622(68)

W A FOOTE MEMORIAL HOSPITAL,
d/b/a ALLEGIANCE HEALTH,
        Plaintiff-Appellant,

v

MICHIGAN ASSIGNED CLAIMS PLAN
and MICHIGAN AUTOMOBILE INSURANCE
PLACEMENT FACILITY,
        Defendants-Appellees,
and

JOHN DOE INSURANCE COMPANY,
        Defendant.
_____/

SC: 156622
COA: 333360
Kent CC: 15-008218-NF

On order of the Chief Justice, the motion of the Michigan Health & Hospital Association to file a brief amicus curiae is GRANTED. The amicus brief submitted on August 10, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 15, 2018



Clerk